IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:18-cv-47-GCM

| | |
|---|---|
| MARIA SUYAPA VELAZQUEZ, and<br><br>D.A.E.V., *a minor*,<br><br>       Petitioners,<br><br>v.<br><br>D.L. Kunde, *Supervisory Detention & Deportation Officer, ICE*, and<br><br>Immigration & Customs Enforcement<br><br>       Respondents. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **David J. Kline,** filed January 29, 2018 (Doc. No. 6).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1(B), Mr. Kline is admitted to appear before this court *pro hac vice* on behalf of Petitioners.

**IT IS SO ORDERED.**

Signed: January 31, 2018

*/s/ Graham C. Mullen*
Graham C. Mullen
United States District Judge