# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:18-cv-47-GCM

| | |
|---|---|
| **MARIA SUYAPA VELAZQUEZ,** and **D.A.E.V.**, *a minor*, <br><br> Petitioners, <br><br> v. <br><br> **D.L. Kunde,** *Supervisory Detention & Deportation Officer, ICE*, **and** <br><br> **Immigration & Customs Enforcement** <br><br> Respondents. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Jacquelyn Kline,** filed January 29, 2018 (Doc. No. 7).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1(B), Ms. Kline is admitted to appear before this court *pro hac vice* on behalf of Petitioners.

**IT IS SO ORDERED.**

Signed: January 31, 2018

Graham C. Mullen
United States District Judge