IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:18-cv-47-GCM

| | |
|---|---|
| MARIA SUYAPA VELAZQUEZ,<br><br>D. A. E. V., *a minor*<br><br>   Petitioners,<br><br>v.<br><br>D.L. Kunde, *Supervisory Detention & Deportation Officer, ICE*, and<br><br>Immigration & Customs Enforcement<br><br>   Respondents. | ORDER |

  This matter is before the Court upon its own motion. A hearing has been set for Thursday, February 1, 2018 on the Emergency Petition for Writs of Habeas Corpus (Doc. No. 1) filed jointly by Petitioners Maria Suyapa Velazquez and D.A.E.V., a minor. In order to allow all parties, as well as the Court, to fully prepare for this hearing, the hearing will be continued until February 8, 2018, at 10:30 a.m. in Courtroom 2-2. The Respondents are directed to file a brief in response to Petitioner's Motion by February 2 and Petitioners may file a Reply by 12:00 pm on Monday, February 5.

  IT IS SO ORDERED.

Signed: January 31, 2018

*/s/ Graham C. Mullen*
Graham C. Mullen
United States District Judge