IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18cv47-GCM

| | |
|---|---|
| MARIA VELASQUEZ and D.A.E.V., a minor, | ) ) ) |
| Petitioners, | ) ) |
| vs. | ) ORDER ) |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE), THOMAS D. HOMAN, Acting Director, ICE, and D.L. KUNDE, Supervisory Detention & Deportation Officer, ICE, | ) ) ) ) ) ) ) |
| Respondents. | ) ) |

    This matter is before the Court upon the Petitioners' Emergency Petition for Writs of Habeas Corpus, filed January 29, 2018. A hearing was held in this matter on February 8, 2018 where the Court heard oral argument. For the reasons stated in open court at the conclusion of the hearing,

    IT IS THEREFORE ORDERED that Petitioners' Motion is hereby GRANTED, and Respondents are hereby enjoined from removing Petitioners, ordering them to report for deportation, and taking them into custody until such time as the BIA decides their motions to reopen, and if their motions are denied, for ten days thereafter in order to give Petitioners time to petition the Fourth Circuit for review and further stay.

Signed: February 8, 2018

*(signature)*

Graham C. Mullen
United States District Judge