# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **Maria Suyapa Velasquez** <br> **D. A.E. V.,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:18-cv-00047-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| **D.L. Kunde** <br> **Immigration & Customs** <br> **Enforcement,** | ) <br> ) | |
| Respondent(s). | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 8, 2018 Order.

                                                    February 22, 2018

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court